# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

January 3, 2023

Before
DAVID F. HAMILTON, *Circuit Judge*

| No. 22-2606 | IN RE: AEARO TECHNOLOGIES LLC, et al.,<br>　　Debtors - Appellants<br><br>-----------------------------<br><br>AEARO TECHNOLOGIES LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and 3M OCCUPATIONAL SAFETY LLC,<br>　　Appellants<br><br>v.<br><br>THOSE PARTIES LISTED ON APPENDIX A TO THE COMPLAINT and JOHN & JANE DOES, 1-1000,<br>　　Appellees |
|---|---|
| **Originating Case Information:** | |
| Bankruptcy Case No: 22-50059<br>Southern District of Indiana, Indianapolis Division-BK<br>Bankruptcy Judge Jeffrey J. Graham | |

Upon consideration of the **MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF OF THE CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA AND THE AMERICAN TORT REFORM ASSOCIATION IN SUPPORT OF DEBTORS-APPELLANT**, filed on December 19, 2022, by counsel for the Chamber of Commerce of the United States and the American Tort Reform Association,

**IT IS ORDERED** that the motion is **GRANTED** only to the extent that the proposed amici may file, on or before January 6, 2023, an amici curiae brief that complies with this court's rules. Specifically, the brief must contain counsel's signature after the conclusion. Fed. R. App. P. 29(a)(4), 32(d). No changes to the substance of the brief will be permitted.