# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**RULE TO SHOW CAUSE**

February 9, 2023

| | |
|---|---|
| No. 22-2606 | IN RE: AEARO TECHNOLOGIES LLC, et al., <br>     Debtors - Appellants <br><br>------------------------------<br><br>AEARO TECHNOLOGIES LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and 3M OCCUPATIONAL SAFETY LLC,<br>     Appellants<br><br>v.<br><br>THOSE PARTIES LISTED ON APPENDIX A TO THE COMPLAINT and JOHN & JANE DOES, 1-1000,<br>     Appellees |
| **Originating Case Information:** ||
| Bankruptcy Case No: 22-50059 <br> Southern District of Indiana, Indianapolis Division-BK <br> Bankruptcy Judge Jeffrey J. Graham ||

**To:**     Kevin W. Barrett
           BAILEY & GLASSER
           209 Capitol Street
           Charleston, WV 25301-0000

           Mr. Ashley Conrad Keller
           KELLER POSTMAN LLC
           150 N. Riverside Plaza
           Suite 4100
           Chicago, IL 60606

Martha R. Lehman
AMUNDSEN DAVIS LLC
201 N. Illinois Street
Capital Center, South Tower
Suite 1400
Indianapolis, IN 46204

Brian A. Glasser
BAILEY & GLASSER LLP
1055 Thomas Jefferson Street, N.W.
Suite 540
Washington, DC 20007

You have failed to file appellee's brief within the required time and no motion for an extension of time within which to file appellee's brief has been made pursuant to Circuit Rule 26.

**IT IS ORDERED** that you, as appellee, show cause within fourteen (14) days of the date of this order why this appeal should not be submitted to the Court for decision without a brief and without oral argument by the appellee, pursuant to Circuit Rule 31(d).

**IT IS FURTHER ORDERED** that briefing is **SUSPENDED** pending further court order.

**Please caption your response:**
"RESPONSE TO RULE TO SHOW CAUSE FOR APPELLEE "

form name: **c7_Briefing_Showcause**     (form ID: **114**)