No. 22-2606

# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

IN RE: AEARO TECHNOLOGIES, LLC, ET AL.

AEARO TECHNOLOGIES, LLC, ET AL.,

*DEBTORS-APPELLANTS*,

V.

THOSE PARTIES LISTED ON APPENDIX A TO THE COMPLAINT AND JOHN & JANE DOES, 1-1000,

*DEFENDANTS-APPELLEES*.

On Direct Appeal from the United States Bankruptcy Court for the Southern District of Indiana, Indianapolis Division (Honorable Judge Jeffrey J. Graham, Case No. 22-2890, Adv. No. 22-50059)

**RESPONSE TO RULE TO SHOW CAUSE FOR APPELLEE**

Brian Glasser, on behalf of the Bailey Glasser Appellees, respectfully submits this response to the Court's order to show cause entered on February 9, 2023. Dkt. 100.

On January 25, 2023, certain Appellees filed an opening brief styled "Brief of Appellees Bellwether Plaintiffs" ("Original Brief"). Dkt. 60. Counsel for the Bailey Glasser Appellees reviewed and approved the

1

filing of the Original Brief and believed in good faith that it was joined in the Original Brief with the other Appellees. The failure to indicate to the Court that it was joined in the Original Brief was unintentional.

To remedy this misunderstanding, Appellees are filing contemporaneously with this response a corrected version of the Original Brief that names the Bailey Glasser Appellees in the body of the brief and lists the Bailey Glasser Appellees' counsel in the signature block ("Corrected Brief"). The Corrected Brief does not make any additional changes.

WHEREFORE, counsel for the Bailey Glasser Appellees respectfully submits this response to the Court's order to show cause and requests that the Court order briefing to proceed and hold oral argument at the Court's convenience.

(SIGNATURE BLOCK ON FOLLOWING PAGE)

Dated: February 13, 2023

    Respectfully submitted,

    /s/ *Brian A. Glasser*

    Brian A. Glasser
    BAILEY & GLASSER LLP
    1055 Thomas Jefferson Street, N.W.
    Suite 540
    Washington, DC 20007
    Telephone: 202-463-2101
    bglasser@baileyglasser.com

    *Counsel to the Bailey Glasser Appellees*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2023 this response to the Court's order to show cause was filed with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ *Brian A. Glasser*
Brian A. Glasser