No. 22-2606
_____

**UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

IN RE: AEARO TECHNOLOGIES, LLC, ET AL.
_____

AEARO TECHNOLOGIES, LLC, ET AL.,

*DEBTORS-APPELLANTS*,

V.

THOSE PARTIES LISTED ON APPENDIX A TO THE COMPLAINT
AND JOHN & JANE DOES, 1-1000,

*DEFENDANTS-APPELLEES*.

_____

On Direct Appeal from the United States Bankruptcy Court
for the Southern District of Indiana, Indianapolis Division
(Honorable Judge Jeffrey J. Graham, Case No. 22-2890,
Adv. No. 22-50059)
_____

**RESPONSE TO RULE TO SHOW CAUSE FOR APPELLEE**
_____

Ashley Keller, on behalf of Appellees Charles Rataj and Keller Postman LLC, respectfully submits this response to the Court's order to show cause entered on February 9, 2023. Dkt. 100.

On January 25, 2023, Appellees filed an opening brief styled "Brief of Appellees Bellwether Plaintiffs" ("Original Brief"). Dkt. 60. Counsel for Charles Rataj and Keller Postman LLC reviewed and approved the filing

1

of the Original Brief and believed in good faith that it was joined in the Original Brief with all other Appellees. The failure to indicate to the Court that it was joined in the Original Brief was unintentional.

To remedy this misunderstanding, Appellees are filing contemporaneously with this response a corrected version of the Original Brief that names Charles Rataj and Keller Postman LLC in the body of the brief and lists Charles Rataj and Keller Postman LLC's counsel in the signature block ("Corrected Brief"). The Corrected Brief does not make any additional changes.

WHEREFORE, counsel for Charles Rataj and Keller Postman LLC respectfully submits this response to the Court's order to show cause and requests that the Court order briefing to proceed and hold oral argument at the Court's convenience.

(SIGNATURE BLOCK ON FOLLOWING PAGE)

Dated: February 13, 2023

Respectfully submitted,

/s/ *Ashley C. Keller*

Ashley Conrad Keller
KELLER POSTMAN LLC
150 N. Riverside Plaza
Suite 4100
Chicago, IL 60606
Telephone: 312-742-5220
ack@kellerpostman.com

*Counsel to the Defendants-Appellees on behalf of Charles Rataj and Keller Postman LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2023 this response to the Court's order to show cause was filed with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ *Ashley C. Keller*
Ashley C. Keller