# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

March 6, 2023

*By the Court:*

| No. 22-2606 | IN RE: AEARO TECHNOLOGIES LLC, et al., <br><br>　　Debtors - Appellants <br>------------------------------<br>AEARO TECHNOLOGIES LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and 3M OCCUPATIONAL SAFETY LLC, <br>　　Appellants <br>v. <br><br>THOSE PARTIES LISTED ON APPENDIX A TO THE COMPLAINT and JOHN & JANE DOES, 1-1000, <br>　　Appellees |
|---|---|
| **Originating Case Information:** ||
| Bankruptcy Case No: 22-50059 <br> Southern District of Indiana, Indianapolis Division-BK <br> Bankruptcy Judge Jeffrey J. Graham ||

　　Upon consideration of the **MOTION OF NANCY J. GARGULA, UNITED STATES TRUSTEE, TO PARTICIPATE IN ORAL ARGUMENT AS AMICUS CURIAE**, filed on February 3, 2023, by counsel for the United States Trustee,

　　**IT IS ORDERED** that the United States Trustee file by March 13, 2023, a short statement clarifying how much time the Trustee seeks and whether the Appellees have agreed to yield that much time.

form name: **c7_Order_BTC**　　(form ID: **178**)