# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### ORDER

March 14, 2023

*By the Court:*

| | |
|---|---|
| No. 22-2606 | IN RE: AEARO TECHNOLOGIES LLC, et al., <br><br>       Debtors - Appellants <br><br> ------------------------------ <br><br> AEARO TECHNOLOGIES LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and 3M OCCUPATIONAL SAFETY LLC, <br><br>       Appellants <br><br> v. <br><br> THOSE PARTIES LISTED ON APPENDIX A TO THE COMPLAINT and JOHN & JANE DOES, 1-1000, <br><br>       Appellees |

| Originating Case Information: |
|---|
| Bankruptcy Case No: 22-50059 <br> Southern District of Indiana, Indianapolis Division-BK <br> Bankruptcy Judge Jeffrey J. Graham |

The following is before the court:

1.    **MOTION OF NANCY H, GAGULA, UNITED STATES TRUSTEE, TO PARTICIPATE IN ORAL ARGUMENT AS AMICUS CURIAE**, filed on February 3, 2023, by counsel for the Trustee.

2.    **LETTER**, filed on March 13, 2023, by counsel for the Trustee.

**IT IS ORDERED** that the motion for leave to argue as amicus curiae is **GRANTED**. Five minutes of Appellees' time are reallocated to the United States Trustee.