

**Devin Weinberg**
720.689.7749
rmartinez@leoncosgrove.com

April 26, 2023

### *VIA PACER*

Office of the Clerk
United States Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street
Room 2722
Chicago, IL 60604

Re: Notice of Withdrawal as Counsel for Amici Curiae Complex Litigation Law Professors

Dear Clerk's Office,

    Devin Weinberg of León Cosgrove Jiménez, LLP, hereby files this Notice of Withdrawal as Counsel for Amici Curiae Complex Litigation Law Professors. Mr. Weinberg has taken a clerkship and will no longer be with León Cosgrove Jiménez, LLP.

Sincerely,

s/ *Devin Weinberg*
  Devin Weinberg