KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900

FACSIMILE:
(202) 326-7999

June 15, 2023

*By CM/ECF*

Christopher G. Conway
Clerk of Court
United States Court of Appeals
  for the Seventh Circuit
219 South Dearborn Street, Room 2722
Chicago, Illinois 60604

      Re:    *Aearo Technologies LLC, et al. v. Those Parties Listed on Appendix A to the Complaint, et al.*, No. 22-2606

Dear Mr. Conway:

      Under Federal Rule of Appellate Procedure 28(j), Appellees hereby provide notice that the bankruptcy court dismissed the underlying bankruptcy cases from which this appeal originated: Case Nos. 22-02890, 22-02891, 22-02892, 22-02893, 22-02894, 22-02895, and 22-02896 of the United States Bankruptcy Court for the Southern District of Indiana. *See Aero Techs. LLC & 3M Occupational Safety LLC*, No. 1:22-bk-02890, ECF Nos. 1744-1750 (Bankr. S.D. Ind. June 9, 2023) (Exhibit A). Debtors-Appellants have since filed a notice of appeal of the bankruptcy court's dismissal order. *Id.*, ECF No. 1753 (June 12, 2023). On June 14, 2023, the bankruptcy court *sua sponte* certified that order for direct appeal to this Court. *Id.*, ECF No. 1755.

                              Respectfully submitted,

                              /s/ David C. Frederick
                              *Counsel for Appellee Official Committee of Unsecured Creditors for Tort Claimants – Related to Use of Combat Arms Version 2 Earplugs*

                              /s/ Andrew Schapiro
                              *Counsel for Appellees Bellwether Plaintiffs*

cc: Counsel of Record

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ David C. Frederick
David C. Frederick