Clement & Murphy
PLLC

June 20, 2023

**Via CM/ECF**

Christopher G. Conway
Clerk of Court
United States Court of Appeals for the Seventh Circuit
219 South Dearborn Street
Room 2722
Chicago, IL 60604

      Re:    *Aearo Technologies LLC, et al. v. Those Parties Listed on Appendix A to the Complaint, et al.*, No. 22-2606

Dear Mr. Conway:

      Appellants write in response to Appellees' Rule 28(j) letter concerning the bankruptcy court's dismissal of the underlying bankruptcy cases giving rise to the above-captioned appeal. As Appellees note, on June 9, 2023, the bankruptcy court dismissed the underlying cases, while acknowledging that this Court "has not articulated a definitive standard" governing such questions. Op.22. Appellants immediately appealed the dismissal, and on June 14, 2023, consistent with its recognition of the absence of definitive guidance from this Court, the bankruptcy court *sua sponte* certified its order for direct appeal. Dkt.1755-1. Appellants intend to petition this Court for authorization to proceed with the direct appeal of the dismissal order.

      In light of these developments, Appellants respectfully submit that the Court may wish to hold this appeal in abeyance pending its resolution of the certification proceedings and—if certification is granted—the outcome of the dismissal appeal. *Cf. In re LTL Mgmt., LLC*, 64 F.4th 84, 111 (3d Cir. 2023) (resolving appeal concerning dismissal on the merits and, in light of that disposition, declining to resolve preliminary injunction appeal). The bankruptcy court's dismissal followed a five-day evidentiary hearing that developed a fuller record on some of the issues implicated in this appeal, including Appellants' financial condition and the potential for Appellants' insolvency given the CAEv2 litigation. Furthermore, the dismissal appeal will generate full briefing on whether the underlying cases were properly filed, an issue turning on considerations regarding Appellants' financial health, their intentions in seeking Chapter 11 relief, and the use of the Bankruptcy Code to resolve mass torts. Finally, while Appellants do not believe that the dismissal of the underlying cases moots this appeal as a matter of Article III jurisdiction, it is not obvious how this Court could address the likelihood of success on the merits without prefiguring the merits appeal that will proceed on a more extensive record. For all these

Mr. Christopher G. Conway, Clerk of Court
June 20, 2023
Page 2 of 2

reasons, the Court may wish to defer resolution of this appeal until the certification proceedings and any certified appeal are resolved.

Respectfully submitted,

/s/ Paul D. Clement
Paul D. Clement
CLEMENT & MURPHY PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com

Cc: All counsel of record (*via CM/ECF*)