# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

_____

No. 22-2606

_____

IN RE AEARO TECHNOLOGIES LLC, et al.,

                                                     Debtors-Appellants,

_____

Nos. 23-2286, 23-2287, 23-2288, 23-2289, 23-2290, 23-2291, 23-2292

_____

AEARO TECHNOLOGIES, LLC, et al.,

                                                     Debtor-Appellant,

versus

UNITED STATES TRUSTEE,

                                                     Appellee.

## JOINT STIPULATION TO VOLUNTARY DISMISSAL OF APPEAL

Pursuant to Rule 42(b)(1) of the Federal Rules of Appellate Procedure, the parties hereby stipulate to the voluntary dismissal of the above-captioned consolidated appeals, with all parties to bear their own fees and costs.

Respectfully submitted,

s/*Ashley C. Keller*
ASHLEY C. KELLER
*Counsel of Record*
KELLER POSTMAN LLC
150 N. Riverside Plaza, Suite 4100
Chicago, IL 60606
(312) 741-5222
ack@kellerpostman.com

*Counsel for Appellee on behalf of Appendix A Parties, Does 1-1000, Charles Rataj, and Keller Postman LLC*

s/ *Martha R. Lehman*
MARTHA R. LEHMAN
*Counsel of Record*
AMUNDSEN DAVIS, LLC
201 N. Illinois Street, Suite 1400
Capital Center, South Tower
Indianapolis, Indiana 46204
(317) 464-4142
mlehman@amundsendavislaw.com

*Counsel for Appellee on behalf of Tracey Fox King & Walters and The Johnson Law Group*

s/ *Brian A. Glasser*
BRIAN A. GLASSER
*Counsel of Record*
BAILEY & GLASSER, LLP
Suite 540
1055 Thomas Jefferson Street, N.W.
Washington, DC 20007
202-463-2101
bglasser@baileyglasser.com

s/*Paul D. Clement*
PAUL D. CLEMENT
 *Counsel of Record*
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com

*Counsel for Debtors-Appellants*

s/ *Kevin W. Barrett*
KEVIN W. BARRETT
*Counsel of Record*
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, WV 25301-0000
304-345-6555
kbarrett@baileyglasser.com

*Counsel for Bailey Glasser Appellees*

s/*David C. Frederick*
DAVID C. FREDERICK
*Counsel of Record*
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
dfrederick@kellogghansen.com

s/*Joshua D. Branson*
JOSHUA D. BRANSON
*Counsel of Record*
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7944
jbranson@kellogghansen.com

*Counsel for Appellee Official Committee of Unsecured Creditors for Tort Claimants – Related to Use of Combat Arms Version 2 Earplugs*

s/*Andrew H. Schapiro*
ANDREW H. SCHAPIRO
*Counsel of Record*
QUINN EMANUEL URQUHART & SULLIVAN, LLP

Suite 2700
191 N. Wacker Drive
Chicago, IL 60606
(312) 705-7400
andrewschapiro@quinnemanuel.com

*Counsel for Appellee Bellwether Plaintiffs, Adkins, Wilkinson, and Vaughn and several thousand additional plaintiffs*

s/*Sean R. Janda*
Sean R. Janda
*Counsel of Record*
Attorneys, Appellate Staff
Civil Division, Room 7260
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
(202) 514-3388
Sean.R.Janda@usdoj.gov

Harrison E. Strauss
*Counsel of Record*
U.S. Department of Justice
Office of United States Trustee
Birch Bayh Federal Building and U.S. Courthouse
46 E. Ohio St., Room 520
Indianapolis, Indiana  46204
(317) 226-5705
Harrison.Strauss@usdoj.gov

*Counsel for United States Trustee*


July 11, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*s/Paul D. Clement*
Paul D. Clement
